
BSX/MZ: USAO 2009R00560

AUG 13 2009

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO.   **RWT 09 CR 0 444** |
| | * |
| DERRICK PRATT, | *   (Distribution of Marijuana, 21 U.S.C. |
| JONATHAN LATTIMORE, and | *   § 841; Felon in Possession of a Firearm, |
| KEVIN CARLTON, | *   18 U.S.C. § 922(g)(1); Possession of a |
| | *   Firearm in Furtherance of a Drug |
| Defendant | *   Trafficking Crime, 18 U.S.C. § 924(c); |
| | *   Forfeiture, 18 U.S.C. § 924(d)) |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about February 18, 2009, in the District of Maryland, the defendant,

**DERRICK PRATT,**

did knowingly, intentionally and unlawfully distribute a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about February 18, 2009, in the District of Maryland, the defendant,

## JONATHAN LATTIMORE,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit, an Intratec, TEC-9 9mm pistol, bearing serial number 56357, and a Norinco MAK-90 Sporter 7.62 x 39mm rifle, bearing serial number 9439953, in and affecting commerce.


18 U.S.C. § 922(g)(1)

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about April 8, 2009, in the District of Maryland, the defendants,

**DERRICK PRATT,**

did knowingly, intentionally and unlawfully distribute a detectable amount of marijuana, a Schedule I controlled substance.


21 U.S.C. § 841

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about April 8, 2009, in the District of Maryland, the defendant,

### JONATHAN LATTIMORE,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit, a Star Megastar .45 caliber pistol, bearing serial number 2027021, in and affecting commerce.


18 U.S.C. § 922(g)(1)

## COUNT FIVE

The Grand Jury for the District of Maryland further charges that:

On or about April 15, 2009, in the District of Maryland, the defendants,

**DERRICK PRATT,**

did knowingly, intentionally and unlawfully distribute a detectable amount of marijuana, a schedule I controlled substance.

21 U.S.C. § 841

## COUNT SIX

The Grand Jury for the District of Maryland further charges that:

On or about April 15, 2009, in the District of Maryland, the defendant,

**JONATHAN LATTIMORE,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit, a Smith and Wesson, Model 59, 9mm pistol, bearing serial number A626698 and loaded with 20 rounds of ammunition, in and affecting commerce.

18 U.S.C. § 922(g)(1)

**COUNT SEVEN**

The Grand Jury for the District of Maryland further charges that:

On or about May 7, 2009, in the District of Maryland, the defendant,

**DERRICK PRATT,**

did knowingly, intentionally and unlawfully distribute a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841

## COUNT EIGHT

The Grand Jury for the District of Maryland further charges that:

On or about May 7, 2009, in the District of Maryland, the defendant,

### DERRICK PRATT,

did knowingly possess a firearm, specifically a Smith and Wesson, Model 4516-2, .45 caliber pistol, bearing serial number VCV4491, in furtherance of, drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the distribution of marijuana alleged in Count Seven of this Indictment.

18 U.S.C. § 924(c)

## COUNT NINE

The Grand Jury for the District of Maryland further charges that:

On or about May 14, 2009, in the District of Maryland, the defendant,

**DERRICK PRATT,**

did knowingly, intentionally and unlawfully distribute a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841

## COUNT TEN

The Grand Jury for the District of Maryland further charges that:

On or about May 14, 2009, in the District of Maryland, the defendant,

**DERRICK PRATT,**

did knowingly possess a firearm, specifically a Smith and Wesson, Model 4516-2, .45 caliber pistol, bearing serial number VCV4491, in furtherance of, drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the distribution of marijuana alleged in Count Nine of this Indictment.


18 U.S.C. § 924(c)

## COUNT ELEVEN

The Grand Jury for the District of Maryland further charges that:

On or about June 4, 2009, in the District of Maryland, the defendant,

**DERRICK PRATT,**

did knowingly, intentionally and unlawfully distribute a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841

## COUNT TWELVE

The Grand Jury for the District of Maryland further charges that:

On or about June 24, 2009, in the District of Maryland, the defendants,

**DERRICK PRATT,**

did knowingly, intentionally and unlawfully distribute a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841

## COUNT THIRTEEN

The Grand Jury for the District of Maryland further charges that:

On or about June 24, 2009, in the District of Maryland, the defendant,

**KEVIN CARLTON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit, Smith and Wesson, Model SW9VE, 9mm pistol, bearing serial number PBF9622, in and affecting commerce.


18 U.S.C. § 922(g)(1)

## FORFEITURE OF FIREARMS

1. As a result of the offenses set forth in Counts Eight and Ten of this indictment, the defendant,

### DERRICK PRATT,

shall forfeit to the United States the firearms identified in those counts of the indictment and involved in those offenses.

2. As a result of the offenses set forth in Counts Two, Four and Six, the defendant,

### JONATHAN LATTIMORE,

shall forfeit to the United States the firearms identified in those counts of the indictment and involved in those offenses.

3. As a result of the offenses set forth in Count Thirteen of this indictment, the defendant,

### KEVIN CARLTON,

shall forfeit to the United States the firearm identified in that count of the indictment and involved in that offense.

18 U.S.C. § 924(d)

*Rod J. Rosenstein* /s/
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
_____
Foreperson

Date: August 12, 2009