
BSX/MZ: USAO 2009R00560

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RWT-09-0444 |
| | * | |
| KEVIN CARLTON, | * | (Felon in Possession of a Firearm, 18 |
| | * | U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. |
| Defendant | * | § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |
| | * | |
| | * | |

*******

## SUPERSEDING INFORMATION AS TO KEVIN CARLTON

The United States Attorney for the District of Maryland charges that:

On or about June 24, 2009, in the District of Maryland, the defendant,

**KEVIN CARLTON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit, Smith and Wesson, Model SW9VE, 9mm pistol, bearing serial number PBF9622, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about January 13, 2010, in the District of Maryland, the defendant,

**KEVIN CARLTON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit, a Smith and Wesson, Model SW9VE, 9 mm pistol, bearing serial number PDH9559, and a Ruger P89 9mm pistol, bearing serial number 309-91616, in and affecting commerce.

18 U.S.C. § 922(g)(1)

**FORFEITURE OF FIREARMS**

1. As a result of the offenses set forth in Counts One and Two of this Superseding Information, the defendant,

**KEVIN CARLTON,**

shall forfeit to the United States the firearms identified in those counts of the Superseding Information and involved in those offenses.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Rod J. Rosenstein* /bgs
Rod J. Rosenstein
United States Attorney

Date: _____