IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  *

vs.  *  Case No. RWT-09-0444-003

KEVIN CARLTON  *

  *

******

## WAIVER OF INDICTMENT

I, ___Kevin Carlton___, the above named defendant, who is accused of:

*18 USC 922(g) (Possession of Firearm by a Convicted Felon)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___March 1, 2010___ (date) prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_____
Defendant

_____
Dwight Crawley, Esq. Counsel for Defendant

Before:

_____
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE