06/02/2010 23:17 FAX

# ITT TECHNICAL INSTITUTE

Certifies that

## KEVIN CARLTON

has successfully completed the prescribed program of

## COMPUTER ELECTRONICS AND ENGINEERING TECHNOLOGY

and, based on the recommendation of the faculty, is awarded this

## ASSOCIATE OF APPLIED SCIENCE DEGREE

Given at Springfield, Virginia, this 14th day of March, 2009.

_____  
Dean

_____  
Director

☒ 002/009



# Maryland High School Diploma

This is to certify that

**KEVIN LEROY CARLTON**

has completed in a satisfactory manner at the

**Forestville High School**

an approved program of study in accordance with guidelines established by the Maryland State Board of Education and is therefore awarded this

*Diploma*

In Testimony whereof, the seal of the Board of Education of Prince George's County and the signatures required by law are hereunto affixed this month of June, 2005

*Acting Regional Assistant Superintendent*

*Principal of School*

Beatrice P. Tignor
*Board of Education Chair*

Andre J. Hornsby
*Chief Executive Officer*

Nancy S. Grasmick
*State Superintendent of School*



*Sonja L. Drumgoole*

To: Honorable Judge Roger W. Titus

Re: Kevin L. Carlton  93372

Dear Judge Titus:

I am writing this letter on behalf of my godson, Kevin Carlton. I have known his family for over 30 years. I know that Kevin came from a two parent home until his father's death when he was young. Some years later his mother remarried and her husband stepped into the role of a father for him and his brother. Unfortunately, Kevin's older brother whom he never had the opportunity to know was innocently killed before his birth. Though his family has faced a number of tragic issues, he was raised in a loving and caring environment.

Kevin's mother was a single parent for a number of years, and worked hard to take care of him and his brother. She made sure to have them around positive role models, and encouraged them to further their education. Kevin graduated from Lincoln Technical Institute with an Associate degree in Computer Technology and Engineer Technology. He was excited about starting on a new job that had just been offered to him. In addition, he has a three year old son who he has taken care of since birth. Kevin has always had his son and spent a large amount of time with him daily. It is unfortunate that Kevin is unable to do this now, his son, Little Kevin misses him terribly.

Kevin's family is stable, and taught him good morals, values, and principals. He is a person well like by everyone who comes in contact with him, and well known in the community. He is a quite individual, and it was very devastating to me to find out about the situation he is currently going through now. I know that young people can sometimes make unwise choices such as being in the midst of the wrong company, etc. Whatever this case might be, I don't know – however, I ask for the mercy of the court. It can be very traumatic having to be away from your child and love ones.

Judge Rogers, I also ask that if Kevin is to receive any time for his charges, could he be placed close to home (Forestville, MD) so that his son and stepfather who cannot travel far due to severe back damage get the chance to visit him.

I thank you in advance for giving me the opportunity to submit this letter to you, and for you giving it some consideration in this matter.

Sincerely,


Sonja L. Drumgoole

Ms. Eloise L. Head



June 01, 2010

Dear Judge Roger W. Titus

I am writing you in reference to my nephew Kevin Carlton, I realize the wrongness that he has conducted. However this young man was doing a very positive, constructive move in his life.

He was in the process of being hired as a computer assistant trainee with a very nice company, I must say. This was taken away from him because of his wrong judgment. He has never been a child that was in trouble at all.

I hope you can find it in your heart to see that you can change his life by letting him become a productive, positive, citizen as well as becoming a wonderful father to his child.


Thank You Sir

*Ms. Eloise L Head*

Ms. Eloise. L. Head

May 27, 2010

Dear Judge Roger W. Titus,

I am writing you this letter in reference to my cousin Kevin Carlton. Unfortunately he has gotten himself into trouble recently and I would like you to know that this is not the person that he is nor how he was raised. My aunt has raised him for the majority of her life as a single mother, working very hard and diligently and instilling into Kevin that hard work and education is the key to success in life. Kevin is a very well mannered, educated, responsible, young man as well as a caring and devoted father. In life we all have obstacles that come along the way, it is up to each individual how they let any obstacle determine their future.

Even though my cousin did not have much male guidance in his life, Kevin continued to achieve great things by graduating high school and furthering his education through a technical school to receive a degree in Engineering. While in technical school he worked at various restaurants and stores so that he could help provide and care for his son, Kevin Jr. who was born while he was in the midst of finishing his degree. Judge Titus I tell you this to say instead of Kevin running away from his responsibility as a father or using that as an excuse why he couldn't finish school, he used his son as a motivational source to further his education, so that he could give his son something that he did not have.

After Kevin received his degree in Engineering he was very persistent in staying focused to achieve stable employment within his field. As time went on he was very diligent in submitting resumes, going on job interviews, spending time with his son as well as dealing with the everyday struggles of being a man unemployed and trying to provide for his family. Kevin's persistence finally paid off and he was on his way to start his career, days before my cousin was to start his new career yet another obstacle in his path as he was arrested and now faces time along with having a record. Judge Titus I know you may hear excuses everyday for various people who come through your court, this letter I write to you is not an excuse it is a part of my cousin's life. I ask that you reflect upon this letter and allow Kevin Carlton a chance to step over another hurdle that has been thrown at him at this thing we call life.

Sincerley,

Alethia Head

*Alethia Head*

To whom this may concern,

I, Crystal McDaniels is writting this letter to inform you that Kevin Coulton is a great friend and father to his son Kevin Coulton Jr. Also to my other two children Nyjha and DeShawn. Kevin and I been together since High School. We graduated from Forestville High School in 2005. We both were in a program called Super Smart Seniors. This program was for students who have recive a 3.0 or higher the entire school year. Kevin has always been a great student in school. He was welling to learn new and interesting things. Kevin is a very respectful person to me, his parents and to those around him. Kevin has been there through all of my hard times, me suffering from my moms cancer condiction and her last stage of Kemeo? He supports an encourage me through it all. Kevin also kept a stable, descend job. Kevin enjoys doing special things with the children. Taking them out to movies, bowling, David Bustey and other

Kevin love to get the kids together in the community to play contact activities sports. He also love going to the kids function at school. Kevin takes them to there doctor's appt without me and I enjoy it. Kevin always there for me when ever needed. Kevin has showed my son how to do his very best in school. DeShawn which is my son whom has a disorder ADHD, Kevin Caulton has been to every session with him. He have really been by my side. Now that Kevin has been incarcerated and there is no male figure in DeShawn life at this moment. He's starting to show off in school. But when Kevin was home, I didn't have these problems. I look at it as if Kevin was all 3 of there fathers because he have been around them for 6 years now. I don't know what other people think but I believe Kevin was a great role model to my children. I don't know what got him into this, but I can say that I always told Kevin to stay around positive people. He came home everyday and every night at a decent time. I never had

any bad thoughts about Kevin. Cause he was always showing me positive behavior. But he just need to place himself in better siutuation and enviroments. Kevin has great parents and friends who loves him very much. His parents never raised Kevin like this. I truly belive and think Kevin was at the wrong place at the wrong time. Not saying he is perfect but this is not like Kevin. Kevin always tried to do things to keep his family happy. Kevin Caulton also graduated from ITT Tech. Kevin major was Science Engurr Tech. He has completed everything that was needed. Befor Kevin was step back he was suppose to start a new job putting computers togethes and restoring them into banks this was the job he had. These are some of the things Kevin done, which he was working towards his goals.

Sincerly
Crystal N. David