Kevin Leroy Carlton
Charles County Detention Center
6905 Crain Hwy. P.O. Box 1690
La Plata, Md 20646

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 JUN 17 A 11:17

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

In the United States District Court
For the Southern Division District of Maryland

United States of America

Vs.

Kevin Leroy Carlton,

Case N#. RWT-09-0444

Notice of Appeal

Comes now the Defendent Kevin Leroy Carlton, prose, and hearby gives notice of appeal from the Judgement and sentence Imposed by this Court on June 7th, 2010

Respectfully Submitted this 14 day of June 2010.

Kevin Carlton